CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jorge Gonzlaez-Duran**<br>YOB: 1983; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-01530MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 11, 2020, at or near Tucson, in the District of Arizona, **Jorge Gonzlaez-Duran**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through El Paso, Texas on June 22, 2017, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Jorge Gonzlaez-Duran** is a citizen of Mexico. On June 22, 2017, **Jorge Gonzlaez-Duran** was lawfully denied admission, excluded, deported and removed from the United States through El Paso, Texas. On February 11, 2020, agents found **Jorge Gonzlaez-Duran** in the United States at or near Tucson, Arizona, without the proper immigration documents. **Jorge Gonzlaez-Duran** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

DETENTION REQUESTED
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.
LMG2/drh
AUTHORIZED AUSA /s/Liza Granoff

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE

Border Patrol Agent

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
February 12, 2020

[1] See Federal rules of Criminal Procedure Rules 3 and 54